IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN VOLL** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **OBERTHUR TECHNOLOGIES OF** | : | |
| **AMERICA CORP. and FROMMEYER** | : | |
| **CONSTRUCTION SERVICES, INC.** | : | No. 14-4152 |

## ORDER

AND NOW, this 20th day of August, 2015, for reasons stated in the accompanying memorandum, it is **ORDERED**:

1. Sanctions against plaintiff's counsel, Brandon A. Swartz, Esq., will **NOT BE IMPOSED**.

2. The Rule to Show Cause (paper no. 29) is **DISCHARGED**.

/s/ Norma L. Shapiro
J.